IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL HILLIARD | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-332 |
| LEBLANC UNIT SECURITY, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Hilliard, a prisoner previously confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against unidentified members of the LeBlanc Unit security staff, Warden B. Frederick, and Captain Rollins.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting Defendant Frederick's Motion to Dismiss and dismissing the claims against Defendants Frederick and Rollins.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, filed pursuant to such order, along with the record and the pleadings. Plaintiff filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the Court concludes the objections are without merit.

ORDER

Accordingly, Plaintiff's objections [Dkt. 26] are OVERRULED. The findings of fact and the conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge [Dkt. 25] is ADOPTED. Defendant Frederick's Motion to Dismiss [Dkt. 18] is GRANTED. Defendants Frederick and Rollins are DISMISSED from this action.

**SIGNED this 27th day of May, 2025.**

Michael J. Truncale
United States District Judge